IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>ISMAEL ZAMBRANO-TIRADO, SR *A/K/A* "SENIOR," ISMAEL ZAMBRANO, JR *A/K/A* "CHUY," SANTIAGO GARCIA-SANCHEZ *A/K/A* "CHAGUI," EDUARDO JIMENEZ, ALONSO CERVANTES-GARCIA *A/K/A* "EL CHAUFFEUR," SAMUEL GARCIA, and FERNANDO GAMON,<br><br>　　　　　　Defendants. | 8:19CR245<br><br>**ORDER** |

　　　This matter is before the Court upon the United States of America's Motion to Dismiss certain property from the Forfeiture Allegation of the Superseding Indictment. (Filing No. 184). The United States informs the court that the following property was administratively forfeited:

　　　　　　　　　　　　　　\*\*\*

　　　b.　　$13,570.00 of United States Currency seized from 3016 S. 42nd Street, Omaha, NE;
　　　　　　　　　　　　　　\*\*\*

　　　d. One Stevens Model 15-B .22 caliber rifle, with no serial number;

　　　e. One Black Ruger LCP .380 caliber handgun, serial number 372245702 with
　　　magazine containing 6 live rounds of ammunition;

　　　f. One Smith and WessonM&P-15 .45 caliber rifle, serial numberTK31448
　　　with two loaded magazines, one magazine with 40 live rounds of ammunition
　　　and a second magazine with 30 live rounds of ammunition;

    g. One High Point 9mm Model 995 rifle, serial number Fl30222;

    h. Miscellaneous ammunition, approximately 900 rounds mixed with .380 caliber, 9mm and .45 caliber.

The Court reviews the record in this case and, being duly advised in the premises, finds good cause is shown to dismiss the above-listed property from the Forfeiture Allegation of the Superseding Indictment.

IT IS THEREFORE ORDERED as follows:

1. The Motion is hereby granted.

2. The six above-identified properties are hereby dismissed from the Forfeiture Allegation of the Superseding Indictment.

ORDERED this 1st day of February, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge